CATHERINE DROGE and AUGUSTINE DROGE, Respondents, v. CARL KUEHN, Appellant.— Action by wife and husband — one to recover for injuries sustained through the alleged negligence of defendant; the other to recover for medical

expenses and loss of his wife's services. Appeal from order denying, upon condition, defendant's motion to dismiss the complaint for failure to prosecute. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.